UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ADAM K. MAHAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:03-CV-889 RM |
| | ) | |
| MELVIN E. RUNNELS, | ) | |
| Individually and in his capacity as | ) | |
| employee/agent/servant of | ) | |
| System Transport, Inc.; and | ) | |
| SYSTEM TRANSPORT, INC., | ) | |
| a Corporation, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

The parties by counsel, having filed their stipulation for dismissal of the above captioned cause, with prejudice, and the court being duly advised finds that this cause should be and hereby is ordered DISMISSED with prejudice. Costs paid.

SO ORDERED.

ENTERED:   April 26, 2005

    /s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana

cc:   R. Graff/M. Barrett
      D. Allen